# Court of Appeals
# of the State of Georgia

ATLANTA,  January 12, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0195. JAMIL OLA LEEPER v. THE STATE.**

On November 4, 2015, the trial court entered an order denying a request for reduction in sentence filed by Jamil Ola Leeper. On December 14, 2015, Leeper filed an application for discretionary appeal seeking appellate review of the trial court's order. We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). We are unable to consider an untimely application. See *Hill*, supra. Here, Leeper filed his application 40 days after the trial court's order was entered. Accordingly, the application is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/12/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*